## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KWASI MCKINNEY**                                                                  **PLAINTIFF**
**ADC #137065**

**v.**                                    **Case No. 4:20-cv-00420-KGB**

**TENNILLE GILREATH, Deputy**
**Prosecuting Attorney, 13th Judicial District,**
**and JOSH Q. HURST, Hurst Law Firm**                              **DEFENDANTS**

### ORDER

Plaintiff Kwasi McKinney filed in this district a *pro se* complaint pursuant to 42 U.S.C. § 1983 (Dkt. No. 2).  Mr. McKinney sued Tennille Gilreath, a prosecuting attorney in El Dorado, Arkansas, and the Hurst Law Firm, located in Hot Springs, Arkansas, alleging the violation of his rights under the Fourteenth Amendment (*Id.*).  From the facts alleged and defendants named, it appears that venue properly lies in the Western District of Arkansas.  28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas.  28 U.S.C. § 1406(a).

It is therefore ordered that the Clerk of the Court is directed to transfer immediately Mr. McKinney's entire case file to the United States District Court for the Western District of Arkansas.

It is so ordered, this the 21st day of April, 2020.

Kristine G. Baker
United States District Judge